IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**SHARONDA RODGERS**                                                                                        **PLAINTIFF**

v.                                    Case No. 4:15-cv-00251-KGB

**PHILANDER SMITH COLLEGE and
KEVIN BARNES, Director of Financial
Aid, Philander Smith College**                                                                            **DEFENDANTS**

## ORDER

Plaintiff Sharonda Rodgers brings this action *pro se* against defendants Philander Smith College and Kevin Barnes, the Director of Financial Aid at Philander Smith College (Dkt. No. 2). Before the Court is Ms. Rodgers's motion for leave to proceed *in forma pauperis* (Dkt. No. 1). In its May 19, 2015, Order, the Court directed Ms. Rodgers to refile a complete motion for leave to proceed *in forma pauperis* within 15 days of the entry of that Order. Ms. Rodgers has not filed a complete motion for leave to proceed *in forma pauperis*, and the time to do so has passed. Accordingly, Ms. Rodgers's has failed to comply with the Court's May 19, 2015, Order. Therefore, the Court denies Ms. Rodgers's motion for leave to proceed *in forma pauperis* and dismisses without prejudice Ms. Rodgers's action for her failure to prosecute. Fed. R. Civ. P. 41(b); *Dudley v. Roy*, Civil No. 13-3400 (DSD/HB), 2015 WL 75257, at *3 (D. Minn. January 6, 2015) ("Federal Rule of Civil Procedure 41(b) permits a court to dismiss an action without prejudice when a party does not comply with a court order.").

SO ORDERED this 12th day of August, 2015.

_____
Kristine G. Baker
United States District Judge